IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO.: 3:08-cv-295-TMH |
| ) | |
| UNITED STATES DISTRICT COURT ) | (WO - Do Not Publish) |
| MIDDLE DISTRICT OF ALABAMA, et al.,) | |
| ) | |
| DEFENDANTS. ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT, and DECREE of the Court:

1. That this action is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) - (iii).

2. Costs are TAXED against Plaintiff Coggins, for which execution may issue.

3. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Federal Rule of Civil Procedure 58 and close this file.

DONE this the 28th day of April, 2008.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE